# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 8, 2008

135081

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

DOUGLAS A. DUNLAP,
     Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 135081
COA: 277059
Wayne CC: 97-006999

On order of the Court, the application for leave to appeal the August 23, 2007 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



t1217

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 8, 2008

Clerk